IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UTIFE BLACKWELL,<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | NO.   21-cv-4910 |
| SUPERINTENDENT SCI SOMERSET, et al.,<br>    Respondents. | : | |

## O R D E R

AND NOW, this 3rd day of March 2022, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is SUMMARILY DISMISSED, with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.
---
WENDY BEETLESTONE,     J.